## FRANKIE TRIMMER *v.* SCOTT SEMPLE, WARDEN, ET AL.
### (AC 34938)

Alvord, Bear and Flynn, Js.

Argued September 12—officially released October 1, 2013

Per Curiam. The judgment is affirmed.

## PAIGE WHEATLAND *v.* COMMISSIONER OF CORRECTION
### (AC 34080)

Gruendel, Lavine and Sheldon, Js.

Argued September 12—officially released October 1, 2013

Per Curiam. The appeal is dismissed.

## CITY OF NORWICH *v.* SHERI A. SPEER ET AL.
### (AC 35355)

Gruendel, Robinson and Pellegrino, Js.

Argued September 18—officially released October 8, 2013

Per Curiam. The judgment is affirmed.